UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALBERT DORSEY,

    Plaintiff,

-vs-                                      Case No. 6:08-cv-331-Orl-28GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's appeal to the district court from a final decision of the Commissioner of Social Security ("Commissioner") denying his application for disability benefits (Doc. No. 1) filed March 6, 2008. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 27, 2009 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's decision is **AFFIRMED**.

    3.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___16___ day of March, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party